735 A.2d 570

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT, v. TIMOTHY A. SMITH, DEFENDANT–CROSS–PETITIONER.

June 4, 1999.

Cross-petition for certification is granted, and the matter is summarily remanded to the Appellate Division for consideration of the "issues raised but not resolved in that court." *State v. Smith,* 158 *N.J.* 376, 391, 730 *A.*2d 311 (1999).

735 A.2d 570

RICHARD ACAMPORA, PLAINTIFF–PETITIONER, v. VALLEY HOSPITAL, ET AL., DEFENDANTS–RESPONDENTS.

June 9, 1999.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration and disposition of the appeal on the merits consistent with the requirements of *Rule* 2:11–3(a).

735 A.2d 571

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DOUGLAS CALOO, DEFENDANT–PETITIONER.

June 9, 1999.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Garcia,* 320 *N.J.Super.,* 332, 727 A.2d 97 (App.Div.1999), the plea form appearing to have actually contained misinformation.